# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas



Broward SPS #1361
Palm Beach CPS #1704
12/14/2020 07:35 PM
RMW

BRANDON CALLIER

*Plaintiff(s)*

v.

CREATIVE CAPITAL SOLUTIONS, LLC, a Florida Limited Liability Company, and SEAN KIRSCHENBAUM

*Defendant(s)*

Civil Action No.

**EP20CV0291**

2020 DEC 17 PH 2:38
FILED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEAN KIRSCHENBAUM
315 S. MAYA PALM DRIVE
BOCA RATON, FLORIDA 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  BRANDON CALLIER
Plaintiff, Pro Se
6336 FRANKLIN TRAIL DRIVE
EL PASO, TX 79912
CALLIER74@GMAIL.COM
915-383-4604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JANNETTE J CLACK
*CLERK OF COURT*

Date: 11/23/2020

*Signature of Clerk or Deputy Clerk*

Date Received: 11/23/2020     Case Number: EP-20-CV-0291

Served To: SEAN KIRSCHENBAUM

| | |
|---|---|
| BRANDON CALLIER | Court: USDC WESTERN TEXAS |
| | Date/Hour: / / 0:00 M |
| | 21 DAYS FROM SVC |
| vs | Writ Type: SUMMONS/COMPLAINT/ EXHIBITS |
| CREATIVE CAPITAL SOLUTIONS, LLC | |
| SEAN KIRSCHENBAUM | |

To: SEAN KIRSCHENBAUM 315 SOUTH MAYA PALM DR. BOCA RATON, FL 33432

RECEIVED THIS WRIT ON 11/23/2020 AT 9:01AM AND ON 12/14/2020 AT 7:35PM I SERVED IT ON THE WITHIN NAMED SEAN KIRSCHENBAUM IN PALM BEACH COUNTY, FLORIDA.

**X INDIVIDUAL SERVICE**

By serving upon, and explaining the contents to, the within named(Defendant/Witness), a true copy of this writ along with the Plaintiff's complaint, petition, initial pleading(s), or other documents as furnished by the Plaintiff, with the date and time of service, my identification number and initials, endorsed by me on the summons served pursuant to F.S. 48.031 and F.S. 48.031(5).

**Comments:**
On 11/28/2020 at 9:40 AM I attempted service at the address provided and spoke to homeowner Kathleen Hamburger. Hamburger advised Kirschenbaum did not live at the address.

LOCATED AND SERVED AT: 1730 42ND DRIVE BOCA RATON, FL 33431

PHYSICAL DESCRIPTION: WHITE MALE, 5'10", 200 LBS, BLACK HAIR, 40-50 YEARS OF AGE, NOT WEARING GLASSES.

BASED ON THE CONVERSATION WITH THE PERSON ACCEPTING SERVICE, THE DEFENDANT IS NOT IN THE MILITARY SERVICE OF THE UNITED STATES OF AMERICA

Served pursuant to F.S. 48.031 and Federal Rule 4(e)(1)

Date Received: 11/23/2020          Case Number: EP-20-CV-0291

Served To: SEAN KIRSCHENBAUM

|  |  |
|---|---|
|  | FEES FOR SERVICE: 65.00 |
|  | LOCATE 99.00 |

BRANDON CALLIER
PRO SE
6336 FRANKLIN TRAIL DRIVE
EL PASO TX 79912

TOTAL: 164.00
PAID:
**BALANCE:** **164.00**

Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.
FL Statute: FS 92.525 (2)

BY _____
PRINTED NAME: RYAN M WILSON
PALM BEACH CPS 1704 BROWARD SPS 1361

X  I acknowledge that I am a Certified Process Server in the circuit in which this defendant was served, am in good standing and have no interest in the above action.

STATE OF FLORIDA          )

COUNTY OF PALM BEACH      )

Sworn to (or affirmed) and subscribed before me by means of [✓] physical presence [ ] online notarizations this 15th day of Dec, 2020

By Ryan M Wilson

✓ personally known ___ produced identification

Type of identification produced: _____

NOTARY PUBLIC STATE OF FLORIDA

MARSHALL A BISHOP
Notary Public - State of Florida
Commission # GG 12201
My Comm Expires Jun 30, ...
Bonded through National Notary...

ADVANTAGE PI, LLC
2111 BRANDYWINE RD STE 811, WEST PALM BEACH, FL 33049
8585-2-EVICT (38428) 754-218-7199

Our Ref: 82676