UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-20-CV-0291-FM |
| CREATIVE CAPITAL SOLUTIONS, LLC, a Florida Limited Liability Company, and SEAN KIRSCHENBAUM | § § § § § | |
| Defendants. | § § § | |



## REQUEST FOR ENTRY OF DEFAULT JUDGMENT FOR SUM CERTAIN

Plaintiff, BRANDON CALLIER, request(s) that the Clerk of Court enter Judgment by Default against Defendants SEAN KIRSCHENBAUM and CREATIVE CAPITAL SOLUTIONS, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(1). In support of this request Plaintiff relies upon the record in this case and the statement of amount due and affidavit submitted herein.

Dated June 11, 2021

Brandon Callier
Plaintiff, pro se
6336 Franklin Trail Drive
El Paso, TX 79912

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**<br><br>Plaintiff,<br><br>v.<br><br>**CREATIVE CAPITAL SOLUTIONS, LLC,** a Florida Limited Liability Company, and **SEAN KIRSCHENBAUM**<br><br>Defendants. | §§§§§§§§§§§§§§ EP-20-CV-0291-FM |

## CERTIFICATE OF SERVICE

I, BRANDON CALLIER, certify that on this date I caused a copy of the Request for Default Judgment, Affidavit in Support of Request for Default and Statement of Amount Due, Order, Affidavit of Service, Entry of Default, and proposed Default Judgment to be placed in a postage-paid envelope addressed to the defendant's registered agent, at the address stated below, which is the last known address of said defendant's registered agent, and deposited said envelope in the United States mail.

Addressee: SEAN KIRSCHENBAUM and CREATIVE CAPITAL SOLUTIONS, LLC

C/O Sean Kirchenbaum
315 South Maya Palm Drive
Boca Raton, Florida 33432

Dated June 11, 2021

*[signature]*

Brandon Callier
Plaintiff, pro se
6336 Franklin Trail Drive
El Paso, TX 79912