UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
El PASO DIVISION

| | § |
|---|---|
| **BRANDON CALLIER,** | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § EP-20-CV-0291-FM |
| | § |
| **CREATIVE CAPITAL SOLUTIONS, LLC,** a Florida Limited Liability Company, and **SEAN KIRSCHENBAUM** | § § § |
| | § |
| Defendants. | § § |

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

Defendants, SEAN KIRSCHENBAUM and CREATIVE CAPITAL SOLUTIONS, LLC were served with the Summons and Complaint in this action on or about December 14, 2020 and the time for defendants to appear, answer or move against the Complaint has expired without an appearance by defendants; accordingly, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, it is hereby

ADJUDGED that the plaintiff, BRANDON CALLIER, recover from the defendants the sum of $16,000.00, the amount claimed plus $0.00, amounting in all to $16,000.00, plus interest on the judgment at the legal rate until the judgment is satisfied, and that the plaintiff have execution therefore.

*[signature]*
Jeannette J. Clack
Clerk of Court
United States District Court

JUDGMENT ENTERED THIS 24th DAY OF June, 2021.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION