UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **BRANDON CALLIER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-20-CV-00291-FM** |
| | § | |
| **CREATIVE CAPITAL SOLUTIONS,** | § | |
| **LLC., a Florida Limited Liability** | § | |
| **Company** | § | |
| | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

In accordance with "Judgment for Sum Certain by Default" [ECF No. 12], entered June 24, 2021 by the Clerk of the Court, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT.**

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _12_ day of **July 2021**.

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**